IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEREK THICKLEN<br>　　Plaintiff, | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO: |
| | §<br>§ | |
| ACCEPTANCE INDEMNITY<br>INSURANCE COMPANY,<br>　　Defendant. | §<br>§<br>§ | |

## DEFENDANT ACCEPTANCE INDEMNITY INSURANCE COMPANY'S
## NOTICE OF REMOVAL

Defendant Acceptance Indemnity Insurance Company ("Acceptance") files this Notice of Removal:

### I.　　Background

1.　　On August 4, 2017, Plaintiff Derek Thicklen ("Plaintiff") filed this lawsuit in Dallas County, Texas, against Acceptance Indemnity Insurance Company.

2.　　Plaintiff served Acceptance with a copy of the Petition on or about August 24, 2017.

3.　　Acceptance files this notice of removal within 30 days of receiving Plaintiff's initial pleading. *See* 28 U.S.C. § 1446(b). In addition, this Notice of Removal is being filed within one year of the commencement of this action. *See id.*

4.　　As required by Local Rule 81 and 28 U.S.C. § 1446(a), simultaneously with the filing of this Notice of Removal, attached hereto as Exhibit "A" is an index of state court documents. A copy of the Civil Docket Sheet is attached as Exhibit "B." A copy of Plaintiff's Original Petition is attached as Exhibit "C," and a copy of the Civil Case Information Sheet is attached as Exhibit "D." A copy of the Citation issued to Acceptance Indemnity Insurance Company is attached hereto as Exhibit "E" and Defendant's Original Answer to Plaintiff's

Original Petition is attached hereto as Exhibit "F." A copy of this Notice is also being filed with the state court and served upon the Plaintiff.

5. Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace Dallas County, Texas, the place where the removed action has been pending.

## II.   Basis for Removal

6. Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a), 1441(a) and 1446. This is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

### A.   The Proper Parties Are Of Diverse Citizenship.

7. Plaintiff is, and was at the time the lawsuit was filed, a resident and citizen of Texas.

8. Defendant Acceptance is, and was at the time the lawsuit was filed, a citizen of the State of Nebraska. Acceptance is an insurance company incorporated under the laws of the State of Nebraska, with its principal place of business in Omaha, Nebraska. Therefore, Acceptance Indemnity Insurance Company is a citizen and resident of the state of Nebraska for diversity purposes.

9. Because Plaintiff is a citizen of Texas and Defendant Acceptance is a citizen of Nebraska, complete diversity of citizenship exists among the parties.

### B.   The Amount in Controversy Exceeds $75,000.00.

10. This is a civil action in which the amount in controversy exceeds $75,000.00. Plaintiff's Petition alleges that "Plaintiff seeks damages of $74,000 and will not accept any more than $74,000 **at this time**." *See* Exhibit C § 6 (emphasis added). By including this language, Plaintiff's counsel is leaving the door open to amend the petition to include additional damages.

11. Plaintiff's counsel signed a Binding Stipulation that states "[n]either Plaintiff nor his/her attorney will accept an amount that exceeds $75,000.00 exclusive of interests and costs." *See* Ex. C at Ex. F. This is fraudulent joinder for the sole purpose of circumventing diversity jurisdiction. Plaintiff's counsel has executed several other lawsuits with similar binding stipulations, signing on behalf of plaintiff. *See* Ex. G.

12. In addition to the amounts sought in this litigation by Plaintiff, Plaintiff's Original Petition alleges that Defendant is liable under various statutory and common law causes of action for consequential damages, statutory penalties, treble damages, exemplary damages, court costs, and attorney's fees. As such, Plaintiff's alleged damages greatly exceed $75,000.00.

### III.  Conclusion and Prayer

13. Accordingly, all requirements are met for removal under 28 U.S.C. §§ 1332 and 1441. Acceptance hereby removes this case to this Court for trial and determination.

Respectfully submitted,

/s/ Rhonda J. Thompson
**RHONDA J. THOMPSON, ATTORNEY-IN-CHARGE**
rthompson@thompsoncoe.com
State Bar No. 24029862
**SHANNON BECK**
sbeck@thompsoncoe.com
State Bar No. 24092102

THOMPSON, COE, COUSINS & IRONS, LLP.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 22nd day of September, 2017, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Eric B. Dick
3701 Brookwoods Drive
Houston, Texas 77092
Facsimile: (713) 893-6931
  *Counsel for Plaintiffs*

/s/ Rhonda J. Thompson
Rhonda J. Thompson